# EXHIBIT 2

**Claim Chart Comparing Shark Stratos to U.S. Patent No. 9,021,655**

| Claim | Stratos |
|---|---|
| 1. [Pre] A cleaner head for a vacuum cleaning appliance, the cleaner head comprising: | To the extent the preamble is limiting, the Stratos DuoClean PowerFins is a cleaner head for a vacuum cleaning appliance.<br><br>For example, the images below show a cleaner head for a vacuum cleaning appliance.<br><br> |

| Claim | Stratos |
|---|---|
| |  |
| [a]  a  rotatable  agitator assembly comprising at least one  agitator  for  sweeping debris from a surface; | The Stratos DuoClean PowerFins cleaner head has a rotatable agitator assembly comprising at least one agitator for sweeping debris from a surface.<br><br>For example, the image below shows a rotatable agitator assembly comprising at least one agitator for sweeping debris from a surface. |

| Claim | Stratos |
|---|---|
| |  |
| [b] an agitator chamber housing the agitator assembly, the agitator chamber comprising a downwardly-directed opening through which debris energized by said at least one agitator enters the | The Stratos DuoClean PowerFins cleaner head has an agitator chamber housing the agitator assembly, the agitator chamber comprising a downwardly-directed opening through which debris energized by said at least one agitator enters the cleaner head, and at least one dust outlet located adjacent the opening and through which the energized debris leaves the agitator chamber.

For example, the images below show an agitator chamber housing the agitator assembly, the agitator |

| Claim | Stratos |
|---|---|
| cleaner head, and at least one dust outlet located adjacent the opening and through which the energized debris leaves the agitator chamber; | chamber comprising a downwardly-directed opening through which debris energized by said at least one agitator enters the cleaner head, and at least one dust outlet located adjacent the opening and through which the energized debris leaves the agitator chamber.<br><br> |
| [c] a dust channel extending between said at least one dust outlet and an exhaust port from which a debris-bearing air flow is drawn from the dust channel, the dust channel retaining energized debris until the energy of the energized | The Stratos DuoClean PowerFins cleaner head has a dust channel extending between said at least one dust outlet and an exhaust port from which a debris-bearing air flow is drawn from the dust channel, the dust channel retaining energized debris until the energy of the energized debris has decreased to a level which enables the energized debris to become entrained within the air flow, the dust channel comprising an inner channel wall located proximate the agitator assembly, and an outer channel wall.<br><br>For example, the images below show a dust channel extending between said at least one dust outlet |

| Claim | Stratos |
|---|---|
| debris has decreased to a level which enables the energized debris to become entrained within the air flow, the dust channel comprising an inner channel wall located proximate the agitator assembly, and an outer channel wall; and | and an exhaust port from which a debris-bearing air flow is drawn from the dust channel, the dust channel retaining energized debris until the energy of the energized debris has decreased to a level which enables the energized debris to become entrained within the air flow, the dust channel comprising an inner channel wall located proximate the agitator assembly, and an outer channel wall.  |

| Claim | Stratos |
|---|---|
| |  |
| [d] a deflecting member for deflecting energized debris upwardly between the channel walls, the deflecting member curving upwardly away from the opening of the cleaner head. | The Stratos DuoClean PowerFins cleaner head has a deflecting member for deflecting energized debris upwardly between the channel walls, the deflecting member curving upwardly away from the opening of the cleaner head.<br><br>For example, the images below show a deflecting member for deflecting energized debris upwardly between the channel walls, the deflecting member curving upwardly away from the opening of the cleaner head. |

| Claim | Stratos |
|---|---|
| |  |