# EXHIBIT 3

## Claim Chart Comparing Shark Vertex to U.S. Patent No. 9,021,655

| Claim | Vertex |
|---|---|
| 1. [Pre] A cleaner head for a vacuum cleaning appliance, the cleaner head comprising: | To the extent the preamble is limiting, the Vertex DuoClean PowerFins is a cleaner head for a vacuum cleaning appliance.<br><br>For example, the images below show a cleaner head for a vacuum cleaning appliance.<br><br>[Image: Front view of Shark Vertex cleaner head labeled "Cleaner Head"]<br><br>[Image: Side view of full Shark Vertex vacuum labeled "Cleaner Head" and "Vacuum Cleaning Appliance"] |

| Claim | Vertex |
|---|---|
| [a] a rotatable agitator assembly comprising at least one agitator for sweeping debris from a surface; | The Vertex DuoClean PowerFins cleaner head has a rotatable agitator assembly comprising at least one agitator for sweeping debris from a surface.<br><br>For example, the image below shows a rotatable agitator assembly comprising at least one agitator for sweeping debris from a surface.<br><br>![Rotatable Agitator Assembly with Agitator(s) labeled] |

| Claim | Vertex |
|---|---|
| [b] an agitator chamber housing the agitator assembly, the agitator chamber comprising a downwardly-directed opening through which debris energized by said at least one agitator enters the cleaner head, and at least one dust outlet located adjacent the opening and through which the energized debris leaves the agitator chamber; | The Vertex DuoClean PowerFins cleaner head has an agitator chamber housing the agitator assembly, the agitator chamber comprising a downwardly-directed opening through which debris energized by said at least one agitator enters the cleaner head, and at least one dust outlet located adjacent the opening and through which the energized debris leaves the agitator chamber.<br><br>For example, the images below show an agitator chamber housing the agitator assembly, the agitator chamber comprising a downwardly-directed opening through which debris energized by said at least one agitator enters the cleaner head, and at least one dust outlet located adjacent the opening and through which the energized debris leaves the agitator chamber.<br><br>[Images showing Cleaner Head, Dust Outlet, Agitator Chamber, Agitator(s), and Downwardly Directed Opening] |
| [c] a dust channel extending between said at least one dust outlet | The Vertex DuoClean PowerFins cleaner head has a dust channel extending between said at least one dust outlet and an exhaust port from which a debris-bearing air flow is drawn from the dust channel, the dust channel retaining energized debris until the energy of the energized debris has decreased to a level which |

| Claim | Vertex |
|---|---|
| and an exhaust port from which a debris-bearing air flow is drawn from the dust channel, the dust channel retaining energized debris until the energy of the energized debris has decreased to a level which enables the energized debris to become entrained within the air flow, the dust channel comprising an inner channel wall located proximate the agitator assembly, and an outer channel wall; and | enables the energized debris to become entrained within the air flow, the dust channel comprising an inner channel wall located proximate the agitator assembly, and an outer channel wall.<br><br>For example, the images below show a dust channel extending between said at least one dust outlet and an exhaust port from which a debris-bearing air flow is drawn from the dust channel, the dust channel retaining energized debris until the energy of the energized debris has decreased to a level which enables the energized debris to become entrained within the air flow, the dust channel comprising an inner channel wall located proximate the agitator assembly, and an outer channel wall. |

| Claim | Vertex |
|---|---|
| |  |
| [d] a deflecting member for deflecting energized debris upwardly between the channel walls, the deflecting member curving upwardly away from the opening of the cleaner head. | The Vertex DuoClean PowerFins cleaner head has a deflecting member for deflecting energized debris upwardly between the channel walls, the deflecting member curving upwardly away from the opening of the cleaner head.<br><br>For example, the images below show a deflecting member for deflecting energized debris upwardly between the channel walls, the deflecting member curving upwardly away from the opening of the cleaner head. |

| Claim | Vertex |
|---|---|
|  |  |