# EXHIBIT 4

US010292556B2

(12) United States Patent
Isley et al.

(10) Patent No.: US 10,292,556 B2
(45) Date of Patent: May 21, 2019

(54) **CLEANER HEAD FOR A VACUUM CLEANER**

(71) Applicant: **Dyson Technology Limited**, Wiltshire (GB)

(72) Inventors: **David Andrew Isley**, Gloucester (GB); **Thomas Michael McVey**, Bristol (GB); **Stephen Benjamin Courtney**, Bath (GB)

(73) Assignee: **Dyson Technology Limited**, Malmesbury, Wiltshire (GB)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **15/679,893**

(22) Filed: **Aug. 17, 2017**

(65) Prior Publication Data
US 2017/0340180 A1   Nov. 30, 2017

**Related U.S. Application Data**

(63) Continuation of application No. 14/909,399, filed as application No. PCT/GB2014/052259 on Jul. 24, 2014, now Pat. No. 10,004,370.

(30) **Foreign Application Priority Data**

Jul. 31, 2013   (GB) .................... 1313707.0

(51) Int. Cl.
*A47L 9/04* (2006.01)
*A47L 9/02* (2006.01)
(Continued)

(52) U.S. Cl.
CPC ............. *A47L 9/0477* (2013.01); *A46B 9/02* (2013.01); *A46B 13/00* (2013.01); *A47L 9/04* (2013.01); *A47L 9/0422* (2013.01); *A47L 9/068* (2013.01)

(58) Field of Classification Search
CPC ........ A47L 9/0477; A47L 9/04; A47L 9/0422; A47L 9/02; A47L 9/068; A46B 9/02; A46B 13/00
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

664,135 A    12/1900   Dufour
920,136 A    5/1909    Henning
(Continued)

FOREIGN PATENT DOCUMENTS

CH   439 619    12/1967
DE   396646     6/1924
(Continued)

OTHER PUBLICATIONS

Isley et al., U.S. Office Action dated Nov. 17, 2017, directed to U.S. Appl. No. 14/909,399; 5 pages.
(Continued)

*Primary Examiner* — Dung Van Nguyen
(74) *Attorney, Agent, or Firm* — Morrison & Foerster LLP

(57) **ABSTRACT**

A cleaner head for a vacuum cleaner including an agitator in the form of a brush bar, the brush bar including a plurality of radially extending bristles and a sealing material disposed between the bristles. The sealing material extends over substantially the entire circumferential and axial extent of the regions of the brush bar between the bristles. The cleaner head further includes a housing defining a chamber which at least partially surrounds the brush bar, a dirty air inlet in a lower part of the chamber and a front opening that exposes the brush bar at the front of the housing. The brush bar is supported for rotation with respect to the housing and
(Continued)



arranged in the chamber such that the brush bar seals against the housing thereby restricting flow of air through the front opening.

**21 Claims, 7 Drawing Sheets**

(51) **Int. Cl.**
    *A46B 13/00*     (2006.01)
    *A47L 9/06*     (2006.01)
    *A46B 9/02*     (2006.01)

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 959,729 | A | 5/1910 | Foster et al. |
| 1,063,559 | A | 6/1913 | Long |
| 1,069,773 | A | 8/1913 | Duthie |
| 1,176,990 | A | 3/1916 | Scherff et al. |
| 1,268,963 | A | 6/1918 | Gray |
| 1,325,296 | A | 12/1919 | Kern |
| 1,355,978 | A | 10/1920 | Jackson |
| 1,391,754 | A | 9/1921 | Bair |
| 1,417,768 | A | 5/1922 | Radimak |
| 1,514,949 | A | 11/1924 | Bell |
| 1,643,823 | A | 9/1927 | Sever et al. |
| 1,884,013 | A | 10/1932 | Losey |
| 1,915,073 | A | 6/1933 | Svensson |
| 1,938,068 | A | 12/1933 | Deutscher |
| 2,518,183 | A | 8/1950 | Renne |
| 2,622,254 | A | 12/1952 | Mendelson |
| 2,651,803 | A | 9/1953 | Browne |
| 2,682,679 | A | 7/1954 | Ballard |
| 2,932,844 | A | 4/1960 | O'Connor |
| 3,460,188 | A | 8/1969 | Boyd |
| 3,559,230 | A | 2/1971 | Ogle |
| 3,740,783 | A | 6/1973 | Kopecky |
| 3,986,223 | A | 10/1976 | Kiefer |
| 4,177,536 | A | 12/1979 | Powers |
| 4,333,205 | A | 6/1982 | Woodward et al. |
| 4,419,784 | A | 12/1983 | Lex |
| 4,426,751 | A | 1/1984 | Nordeen |
| 4,445,245 | A | 5/1984 | Lu |
| 4,777,691 | A | 10/1988 | Richmond et al. |
| 4,835,807 | A | 6/1989 | Swift |
| 4,903,369 | A | 2/1990 | Kitamura et al. |
| 5,249,332 | A | 10/1993 | Wilkerson |
| 5,287,581 | A | 2/1994 | Lo |
| 5,495,634 | A | 3/1996 | Brundula et al. |
| 5,515,568 | A | 5/1996 | Larson et al. |
| 5,701,633 | A | 12/1997 | Jonischus |
| 6,090,055 | A | 7/2000 | Frajdenrajch |
| 6,134,745 | A | 10/2000 | Wörwag |
| 6,378,161 | B1 | 4/2002 | Parry |
| 6,721,990 | B2 | 4/2004 | Zahuranec et al. |
| 7,150,068 | B1 | 12/2006 | Ragner |
| 7,428,402 | B2 | 9/2008 | Hays et al. |
| 7,441,306 | B2 | 10/2008 | Kim |
| 8,087,117 | B2 | 1/2012 | Kapoor et al. |
| 8,214,967 | B2 * | 7/2012 | Knox .................. A47L 9/0477 15/363 |
| 8,316,503 | B2 | 11/2012 | Follows et al. |
| 8,402,600 | B2 * | 3/2013 | Beskow .................. A47L 9/04 15/368 |
| 8,782,851 | B2 | 7/2014 | Follows et al. |
| 8,806,710 | B2 | 8/2014 | Follows et al. |
| 9,750,380 | B2 * | 9/2017 | McVey .................. A47L 9/04 |
| 2004/0172769 | A1 | 9/2004 | Giddings et al. |
| 2005/0071948 | A1 | 4/2005 | Moshenrose |
| 2006/0162121 | A1 * | 7/2006 | Naito .................. A47L 9/02 15/416 |
| 2006/0191097 | A1 | 8/2006 | Baumhakel |
| 2006/0195991 | A1 | 9/2006 | Baumhakel |
| 2006/0277713 | A1 | 12/2006 | Sandlin et al. |
| 2008/0148512 | A1 | 6/2008 | Beskow et al. |
| 2008/0289138 | A1 | 11/2008 | Yang et al. |
| 2010/0236747 | A1 | 9/2010 | Otsuka et al. |
| 2010/0306958 | A1 | 12/2010 | Follows et al. |
| 2010/0306959 | A1 | 12/2010 | Follows et al. |
| 2013/0086769 | A1 | 4/2013 | Iles et al. |
| 2013/0139349 | A1 | 6/2013 | Iles et al. |
| 2014/0189978 | A1 * | 7/2014 | Van Der Kooi ...... A47L 9/0477 15/364 |
| 2015/0297047 | A1 * | 10/2015 | Van Der Kooi ...... A47L 7/0009 15/364 |
| 2016/0037986 | A1 | 2/2016 | Iles et al. |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 1 582 131 | 10/2005 |
| EP | 1 642 520 | 4/2006 |
| GB | 1109783 | 4/1968 |
| GB | 2 426 919 | 12/2006 |
| JP | 52-124570 | 9/1977 |
| JP | 55-126246 | 9/1980 |
| JP | 3-228721 | 10/1991 |
| JP | 4-295321 | 10/1992 |
| JP | 4-332518 | 11/1992 |
| JP | 5-228083 | 9/1993 |
| JP | 5-290539 | 11/1993 |
| JP | 5-93251 | 12/1993 |
| JP | 5-317212 | 12/1993 |
| JP | 7-303587 | 11/1995 |
| JP | 9-10143 | 1/1997 |
| JP | 11-9520 | 1/1999 |
| JP | 11-56705 | 3/1999 |
| JP | 11-56710 | 3/1999 |
| JP | 2001-120473 | 5/2001 |
| JP | 3177303 | 6/2001 |
| JP | 2001-524337 | 12/2001 |
| JP | 2002-143049 | 5/2002 |
| JP | 2003-52584 | 2/2003 |
| JP | 2003-111701 | 4/2003 |
| JP | 2004-267723 | 9/2004 |
| JP | 2005-230514 | 9/2005 |
| JP | 2006-187640 | 7/2006 |
| JP | 2006-312066 | 11/2006 |
| JP | 2006-314747 | 11/2006 |
| JP | 2007-465 | 1/2007 |
| JP | 2007-7501 | 1/2007 |
| JP | 2007-175137 | 7/2007 |
| JP | 2007-282769 | 11/2007 |
| JP | 2007-289570 | 11/2007 |
| JP | 2008-295674 | 12/2008 |
| JP | 2009-11374 | 1/2009 |
| JP | 2009-268684 | 11/2009 |
| JP | 2011-172739 | 9/2011 |
| JP | 2013-81829 | 5/2013 |
| KR | 10-2013-0033047 | 4/2013 |
| WO | WO-99/37198 | 7/1999 |
| WO | WO-2008/099583 | 8/2008 |
| WO | WO-2009/149722 | 12/2009 |
| WO | WO-2013/027140 | 2/2013 |

OTHER PUBLICATIONS

International Search Report and Written Opinion dated Apr. 1, 2015, directed to International Application No. PCT/GB2014/052259; 17 pages.

Search Report dated Jan. 23, 2017, directed to EP Application No. 16 19 1949; 8 pages.

Isley et al., U.S. Office Action dated Jun. 23, 2017, directed to U.S. Appl. No. 14/909,399; 7 pages.

Search Report dated Oct. 2, 2017, directed to GB Application No. 1712372.0; 1 page.

Iles et al., U.S. Office Action dated Jun. 17, 2014, directed to U.S. Appl. No. 13/520,983; 14 pages.

Iles et al., U.S. Office Action dated Oct. 3, 2017, directed to U.S. Appl. No. 14/741,079; 14 pages.

(56) **References Cited**

OTHER PUBLICATIONS

Iles et al., U.S. Office Action dated May 8, 2018, directed to U.S. Appl. No. 14/741,079; 12 pages.

* cited by examiner



Figure 1



Figure 2



Figure 3



Figure 4



Figure 5



Figure 6



Figure 7

# CLEANER HEAD FOR A VACUUM CLEANER

## REFERENCE TO RELATED APPLICATIONS

This application is a continuation of U.S. patent application Ser. No. 14/909,399, filed Feb. 1, 2016, which is a national stage application under 35 USC 371 of International Application No. PCT/GB2014/052259, filed Jul. 24, 2014, which claims the priority of United Kingdom Application No. 1313707.0, filed Jul. 31, 2013, the entire contents of which are incorporated herein by reference.

## FIELD OF THE INVENTION

This invention relates to a cleaner head for a vacuum cleaner, and particularly, although not exclusively, relates to a cleaner head for a hand-held vacuum cleaner.

## BACKGROUND OF THE INVENTION

Cleaner heads for vacuum cleaners typically comprise a brush bar located within a housing. A suction opening is provided in a lower surface of the housing, which is commonly known as a sole plate, through which dirt bearing air is drawn into the cleaner head.

A problem associated with conventional cleaner heads is that the close proximity required between the sole plate and the surface being cleaned in order to maintain pick-up performance means that large debris tends to be pushed across the surface being cleaned by the cleaner head rather than being drawn through the suction opening into the cleaner head.

## SUMMARY OF THE INVENTION

According to a first aspect of the invention there is provided a cleaner head for a vacuum cleaner, comprising an agitator in the form of a brush bar, the brush bar comprising a plurality of radially extending bristles and a sealing material disposed between the bristles, the sealing material extending over substantially the entire circumferential and axial extent of the regions of the brush bar between the bristles; a housing defining a chamber which at least partially surrounds the brush bar, a dirty air inlet in a lower part of the chamber and a front opening that exposes the brush bar at the front of the housing, the brush bar being supported for rotation with respect to the housing and arranged in the chamber such that the brush bar seals against the housing thereby restricting flow of air through the front opening.

The sealing material may be a deformable material. In particular, the sealing material may be a resiliently deformable material.

The brush bar may substantially occlude the front opening.

The radial extent of the bristles may be equal to the radial extent of the sealing material. The radial extent of the bristles may be greater than the radial extent of the sealing material.

The cleaner head may be provided with a support for supporting the cleaner head on a surface being cleaned, the brush bar being arranged such that, in use, the bristles contact the surface being cleaned. The bristles may extend below the support.

The sealing material may be arranged such that, in use, the sealing material is spaced away from the surface being cleaned by the support.

The front opening may be defined by an upper front edge and opposing side edges of the housing. The upper front edge may be above the rotational axis of the brush bar. The upper front edge may be below the top of the brush bar.

The front opening may extend in a plane which is forward of the longitudinal axis of the brush bar. At least a portion of the brush bar may protrude through the front opening.

A top portion of the housing may extend forwardly over the top of the brush bar to form a guard that prevents debris from being flung upwardly by the brush bar away from the housing.

The sealing material may seal against an inner surface of the front portion of the housing.

The bristles may be arranged in a plurality of rows (starts) extending longitudinally with respect to the brush bar. The sealing material may comprise a tufted material.

The bristles may comprise carbon fibre bristles having a stiffness which is greater than the stiffness of the sealing material in a radial direction.

The cleaner head may comprise a rear roller.

According to a second aspect of the invention there is provided a vacuum cleaner comprising a cleaner head in accordance with the first aspect of the invention.

According to a third aspect of the invention there is provided a brush bar comprising a plurality of radially extending bristles and a sealing material disposed between the bristles, the sealing material extending over substantially the entire circumferential and axial extent of the regions of the brush bar between the bristles.

The sealing material may be a deformable material. In particular, the sealing material may be a resiliently deformable material.

The radial extent of the bristles may be equal to the radial extent of the sealing material.

The radial extent of the bristles may be greater than the radial extent of the sealing material.

The sealing material may comprise a tufted material. The sealing material may have a surface resistivity in the range from $1 \times 10^5$ $\Omega$/sq to $1 \times 10^{12}$ $\Omega$/sq.

The bristles may comprise carbon fibre bristles. The carbon fibre bristles may have a stiffness which is greater than the stiffness of the sealing material in a radial direction.

The carbon fibre bristles may have a surface resistivity between $1 \times 10^3$ $\Omega$/sq and $1 \times 10^6$ $\Omega$/sq. The selection of material having a surface resistivity in this range can ensure that any static electricity on the floor surface is effectively discharged by the second agitating means. Values of surface resistivity discussed herein are as measured using the test method ASTM D257.

The diameter of each bristle may be not greater than 10 µm. The bristles may be arranged in a plurality of rows extending longitudinally with respect to the brush bar. The width of each row may be not greater than 5 mm, for example not greater than 2 mm. The rows of bristles may be arranged in a generally helical configuration extending around, or partially around, the brush bar.

The bristle density of the bristles is not less than 10,000 bristles per 10 mm in length. A bristle density of not less than 10,000 bristles is particularly effective because it provides effective sealing of the brush bar against the housing. A brush bar comprising rows of bristles having widths less than 2 mm and bristle densities greater than 10,000 are expected to provide excellent sealing characteristics and fine dust pick-up performance. The length of each bristle may be between 4 mm and 8 mm.

In particular, a brush bar comprising carbon fibre bristles having a diameters which are not greater than 10 µm and

lengths which are between 4 mm and 8 mm and which are arranged in rows having a bristle density which is not less than 10,000 bristles per 10 mm is expected to be particularly effective at picking up dirt and dust from hard surfaces.

BRIEF DESCRIPTION OF THE DRAWINGS

In order to better understand the present invention, and to show more clearly how the invention may be put into effect, the invention will now be described, by way of example, with reference to the following drawings:

FIG. 1 is a perspective view of a hand-held vacuum cleaner;

FIG. 2 is a perspective view of the cleaner head of the vacuum cleaner shown in FIG. 1;

FIG. 3 is a front view of the cleaner head shown in FIG. 2;

FIG. 4 is a side view of the cleaner head shown in FIG. 2;

FIG. 5 is a rear view of the cleaner head shown in FIG. 2;

FIG. 6 is an underside view of the cleaner head shown in FIG. 2; and

FIG. 7 is a sectional view in the transverse direction of the cleaner head shown in FIG. 2.

DETAILED DESCRIPTION OF THE INVENTION

FIG. 1 shows a hand-held vacuum cleaner 2 comprising a main body 4, a wand 6 and a cleaner head 8.

The main body 4 comprises a separating system 10, in the form of a cyclonic separator, a motor and impeller (not visible) arranged to draw air through the separating system 10, and a power supply 12, in the form of a battery, for powering the motor. The main body 4 has a handle 14 which is gripped by a user, and a clean air outlet 16 through which air that has passed through the separating system 10 is discharged.

The wand 6 is attached at one end to the main body 4 and at the other end to the cleaner head 8. The wand 6 provides fluid communication between the cleaner head 8 and the separating system 10, and supports the cleaner head 8 during use.

FIGS. 2 to 7 show the cleaner head 8 in isolation. The cleaner head 8 comprises an agitator in the form of a brush bar 18, a rear roller 20, and a housing 22 which defines a chamber 24 within which the brush bar 18 and the rear roller 20 are at least partially disposed.

The housing 22 is connected to the wand 6 by a pivoting arrangement 26 comprising upper and lower pivotal joints 28, 30 which enable the cleaner head 8 to be pivoted in yaw and pitch with respect to the wand 6. A flexible hose 32 extends from a connecting portion 34 of the pivoting arrangement 26 into an upper region of the chamber 24. The end of the hose 32 that extends into the chamber 24 defines a dirty air outlet 36 (shown in FIGS. 6 and 7) from the chamber 24 through which air is drawn into the wand 6 and through the separating system 10.

The brush bar 18 and the rear roller 20 are supported at each of their respective ends by side walls 38, 40 of the housing 22. The brush bar 18 and the rear roller 20 are each rotatably supported by the side walls 38, 40 so that they can rotate with respect to the housing 22.

With reference to FIG. 7, the brush bar 18 comprises a core 42 in the form of a rigid tube within which a brush bar motor (not shown) and a transmission 44 are disposed. The motor and the transmission 44 are arranged to drive the brush bar 18. The brush bar 18 comprises four bristle strips 46, also known as "starts", spaced circumferentially about the core 42. The bristle strips 46 are spaced apart from each other by the same separation angle (i.e. 90 degrees). Each bristle strip 46 comprises a row of radially extending bristles which are held by a locating strip 48. The bristles may be densely packed, or spaced apart either in clumps or individually.

Each bristle strip 46 extends both longitudinally and circumferentially with respect to the brush bar 18 in a generally helical configuration. Each bristle strip 46 extends circumferentially through an angle of 90 degrees over the length of the brush bar 18. The locating strip 48 of each bristle strip 46 is secured to the core 42 within a corresponding groove 50 provided in the outer surface of the core 42. Each groove 50 has opposing lips along each edge of the groove 50 which interlock with the locating strip 48 to secure the bristle strip 46 to the core 42.

Strips of a sealing material 52 are secured to the outer surface of the core 42 between the bristle strips 46. The sealing material is locally deformable so that debris pressed into the material is at least partially enveloped by the material. The sealing material may also be resilient so that once debris has been extracted, the material returns to a nominal shape. However, it will be appreciated that centrifugal forces acting on the brush bar 18 during use may return the sealing material to its nominal shape.

In the embodiment shown, the sealing material is a tufted material. The material may, for example, be a tufted material having a short dense pile and may be formed by filaments woven to a fabric substrate. The filaments of the pile may be made from nylon, or other suitable material having a relatively low stiffness. The stiffness of a tufted sealing material will depend on the elastic properties of the material, the filament diameter, filament length and pile density. In the embodiment shown, the tufted material is made from nylon and has a filament diameter of between 30 μm and 50 μm (preferably 30 μm), a filament length of 0.005 m and a pile density of 60,000 filaments/25 mm2. The sealing material need not be a tufted material, but could be a foam material such as a closed cell foam material or other suitable material that provides adequate flow restriction. It will be appreciated that although a deformable sealing material is preferred, this is not essential.

There are four strips of sealing material 52 in total. The thickness (i.e. radial depth) of each strip of sealing material 52 is substantially constant, and the sealing strips 52 are substantially identical.

Each strip of sealing material 52 extends over substantially the entire radial and axial extent of the outer surface of the rigid tube 42 between adjacent bristle strips 46. For example, each strip of sealing material 52 may extend over an angle of 75 to 90 degrees, preferably 80 to 90 degrees of the circumferential extent of the brush bar 18. A gap 54 may be formed between one or more of the bristle strips 46 and an adjacent strip of sealing material 52. In the embodiment shown, each strip of sealing material 52 extends over an angle of 80 degrees and each a gap 54 extending through an angle of 5 degrees is formed each side of each bristle strip 46 (reference signs are provided for the gaps 54 on opposite sides of only one of the bristle strips 46). The gaps 54 allow the bristle strips 46 to flex slightly without contacting the strips of sealing material 52. It will be appreciated that the strips of sealing material 52 may abut the bristle strips 46 so

that no gaps are provided between the strips of sealing material **52** and the bristles. This is expected to improve sealing effectiveness.

Fewer or more bristle strips **46** may be provided, in which case a corresponding number of strips of sealing material **52** are used. For example, two or three bristle strips **46** may be provided.

The radial extent of the bristle strips **46** is greater than the radial extent of the strips of sealing material **52**. That is, the radial distance between the tips of the bristle strips **46** and the rotational axis of the brush bar **18** is greater than the radial distance between the periphery of the strips of sealing material **52** and the rotational axis of the brush bar **18**. The radius of the brush bar **18** is defined as the distance between the axis of the brush bar **18** and the tips of the bristle strips **46**.

The bristles of the bristle strips **46** are preferably made from a material which is stiffer than the sealing material disposed between the bristle strips **38**. The bristle strips may comprise carbon fibre filaments having a thickness of between 5 μm and 10 μm, preferably 7 μm. In the embodiment shown, the carbon fibre filaments are 5.9 mm in length and the bristle density (i.e. the number of filaments per millimeter in length of the bristle strips **38**) of the bristle strips **38** is 12,000 bristles per 10 mm. The bristles are arranged in bundles that are spaced apart from each other in the longitudinal direction of each bristle strip **38**. There are 6 bundles per 10 mm of the length of each bristle strip **38**.

The rear roller **20** comprises a core **56** in the form of a solid shaft wrapped in a strip of a tufted material. The tufted material may be the same as the tufted material of the brush bar **18**.

The underside of the housing **22** is open. In the embodiment shown, the housing **22** comprises a rear sole plate **58** (see FIG. **6**) which extends transversely with respect to the cleaner head **8** from one of the side walls **38**, **40** of the housing **22** to the other. A support in the form of wheels **60** are supported by the sole plate **58**. The wheels **60** are set into the sole plate **58** so that only a lower portion of each wheel **60** protrudes from the sole plate **58**.

Each side wall **38**, **40** has a lower edge **62**, **64**. The sole plate **28** has a leading edge **66**, which is a working edge, that extends from one of the lower edges **62**, **64** to the other. The lower edges **62**, **64** of the side walls **38**, **40** and the leading edge **66** of the sole plate **58** together define the side and rear peripheral edge of a dirty air inlet **68** of the chamber **24**.

The forward peripheral edge of the dirty air inlet **68** is defined by the brush bar **18**. In particular, the forward periphery of the dirty air inlet **68** is defined by the lowermost radial periphery of the strips of sealing material **52**.

The wheels **60** support the cleaner head **8** on a surface being cleaned such that the sole plate **58**, the side walls **38**, **40** and the strips of sealing material **52** are spaced from the surface. In the embodiment shown, the brush bar **18** is arranged such that strips of sealing material **52** are spaced from the surface being cleaned by an amount that provides clearance of the strips of sealing material **52** from the surface, but which does not impair the sealing effectiveness between the strips of sealing material **52** and the surface.

The sole plate **58** and the side walls **38**, **40** are spaced further from the surface being cleaned than the strips of sealing material **52**. A rear sealing strip **70** is therefore provided along the underside of the sole plate **58** adjacent the leading edge **66**. Side sealing strips **71**, **72** are also provided along the lower edges **62**, **64** of the side walls **38**, **40**. The sealing strips **70**, **71**, **72** are arranged to seal against the surface being cleaned during use. The sealing strips **70**, **71**, **72** comprise a material having a pile, for example a tufted fabric/brush-like fabric having filaments made of a suitable material, such as nylon.

The housing **22** has an upper front edge **74** which extends transversely with respect to the cleaner head **8**. The upper front edge **74** is above the rotational axis of the brush bar **18** and below the top of the brush bar **18**. The brush bar **18** extends forwards of the upper front edge **74**. The upper front edge **74** and the front edges **75**, **77** (shown in FIGS. **3** and **4**) of the side walls **38**, **40** define a front opening of the chamber **24**.

The inner surface of a front region of the housing **22** which defines part of the chamber **24** curves over the top of the brush bar **18**. The radius of curvature of the inner surface of the chamber **24** corresponds to the radius of the tips of the bristle strips **46**. The front region of the housing **22** adjacent the front edge **74** provides a guard which prevents debris from being flung upwardly and/or forwardly by the brush bar **18** during use. However, it will be appreciated that in alternative embodiments the housing need not be arranged as a guard and need not extend forwardly of the top of the brush bar **18**. It will be appreciated that a small clearance may be provided to prevent interference between the tips of the bristles and the housing **22**. The brush bar **18** is arranged so that the sealing material restricts flow between the brush bar **18** and the inner surface of the housing adjacent the front edge **74**.

A partition **76** is arranged within the chamber **24** between the brush bar **18** and the chamber outlet **36**. The partition **76** extends transversely with respect to the cleaner head **8** and divides the chamber **24** into a settling region **24a**, between the partition **76** and the chamber outlet **36**, and an agitating region **24b**, forward of the partition **76**.

The partition **76** comprises a front wall **78** and a rear wall **80** which extend across the chamber **24**. The front wall **78** is supported at each end by the side walls **38**, **40** of the housing **22**. The front wall **78** extends in a plane which is substantially tangential to the brush bar **18**, and inclined rearwardly with respect to the upright direction of the cleaner head **8**. The front wall **78** has a lower edge **82** and an upper edge **84** which extend along the length of the front wall **78**. The lower edge **82** and the sidewalls **38**, **40** define a first debris opening **86** beneath the front wall **78** in the form of a slot. The first debris opening **86** extends in a direction which is parallel with the rotational axis of the brush bar **18**.

The rear wall **80** is disposed between the front wall **78** and the chamber outlet **36**, and extends downwardly from an upper region of the chamber **24** in a direction which is substantially parallel with the front wall **78**.

The rear wall **80** has a joining portion **88** which abuts the housing **22**. The joining portion **88** has a front edge **90**. The upper edge **84** of the front wall **78** and the front edge **90** of the joining portion **88** define a second debris opening **92** in the form of a slot. The second debris opening **92** extends in a direction which is parallel with the rotational axis of the brush bar **18**. The front edge **90** is substantially level with the rotational axis of the brush bar **18** and forms a lip that overhangs the upper edge **84** of the front wall **78** (i.e. the front edge **90** projects radially inwardly of the upper edge **84** with respect to the rotational axis of the brush bar **18**).

The front wall **78** and the rear wall **80** define a debris recovery passageway which extends downwardly and forwardly from the second debris opening **92**. The passageway opens at the lower end into the settling region **24a** of the chamber **24**. A portion of the joining portion **88** between the rear wall **80** and the front edge **90** has an inclined front surface **94** which is inclined forwardly at an angle of

between 35 degrees and 65 degrees to the upright direction of cleaner head **8**. The inclined front surface **94** forms a deflector for deflecting debris downwardly along the passageway defined by the front and rear walls **78**, **80**.

In use, the cleaner head **8** of the vacuum cleaner **2** is placed on a floor, for example a floor having a hard surface. The cleaner head **8** is supported on the surface by the rollers **60** so that the sealing strips **70**, **71**, **72**, together with the lower periphery of the sealing material of the brush bar **18**, seal against the surface being cleaned. The chamber **24** is therefore sealed around the periphery of the dirty air inlet **68** by the sealing strips **70**, **71**, **72** and the sealing material **52** of the brush bar **18**. In addition, the brush bar **18** seals against the upper inner surface of the housing **22** adjacent the front edge **74**.

In the context of the specification, the term "seal" should be understood to mean capable of maintaining a predetermined pressure difference during use of the vacuum cleaner **2**. For example, the chamber **24** can be regarded as being sealed provided that the flow of air through the chamber **24** is restricted to an amount that is sufficient to maintain a pressure difference of at least 0.65 kPa between the inside of chamber **24** and ambient during normal use (e.g. when used to clean a hard/firm surface). Similarly, the brush bar **18** can be considered to be sealed against the housing **22** if the flow of air through the front opening is restricted by the brush bar **18** such that a pressure difference of at least 0.65 kPa between the inside of chamber **24** and ambient is maintained during normal use.

The motor and the impeller draw air into the chamber **24** through the dirty air inlet **68** in the housing **22** and upwardly through the chamber outlet **36**, through the wand **6** and into the separating system **10**. Dirt is extracted from the air by the separating system **10** before being exhausted through the clean air outlet **16**.

The brush bar **18** is driven in a forward direction which is the counter-clockwise direction in FIG. **7**. The brush bar **18** is driven at a relatively high rotational speed, for example between 600 rpm and 3000 rpm, preferably between 600 rpm and 1400 rpm. Increasing the rotational speed can be expected to improve fine dust pick up performance. The boundary layer effect in the vicinity of the sealing material **52** and the bristle strips **46** causes rotational flow within the agitating region **24***b* of the chamber **24** in the direction of rotation of the brush bar **18**. The rotational flow dynamically seals the gap between the brush bar **18** and the front edge **74** of the housing **22**. This dynamic sealing of the chamber **24** helps to maintain pressure within the chamber **24** by further restricting flow of air between the brush bar **18** and the housing **22**.

As the cleaner head **8** is moved across the surface being cleaned, the tips of the bristles of the bristle strips **46** contact the surface and sweep debris rearwardly towards the first debris opening **86**. The bristles are particularly effective at removing fine dust from crevices and agitating dust that has been compacted on the surface being cleaned. The gaps **54** extending along each side of the bristle strips **46** accommodate flexing of the bristles as they are pressed against the surface of the floor.

As the cleaner head **8** is moved over large debris (i.e. debris that is larger than the clearance between the periphery of the sealing material **52** and the floor), for example grains of rice, oats, pasta, cereals or similar, the sealing material **52** is deformed locally by the debris.

Local deformation of the sealing material **52** ensures that, for most large debris, the cleaner head **8** does not ride-up over the debris, which would reduce sealing effectiveness between the sealing strip **70**, **71**, **72**, the sealing material **52** on the brush bar **18** and the floor surface. Sealing between the brush bar **18** and the surface being cleaned is therefore not adversely affected, and so effective pick-up performance is maintained. The large debris, which has been substantially enveloped by the sealing material **52**, is then released rearwardly through the first debris opening **86** into the settling region **24***a* of the chamber **24**. Smaller debris or debris which clings to the floor, such as compacted dust, is agitated by the bristle strips **46** and swept rearwardly through the first debris opening **86** into the settling region **24***a* of the chamber **24**. The debris, as well as other debris which may have been drawn directly up through the dirty air inlet **68**, is sucked through the chamber outlet **36** to the separating system **10**, as described above.

It will be appreciated that the sealing material **52** also deforms to accommodate small variations in the surface being cleaned without causing scratching of the surface.

In some circumstances, debris having relatively high inertia such as large debris, for example rice or large dust particles, rebounds off the rear wall of the settling region **24***a* of the chamber **24** back though the first debris opening **86** without being sucked up through the chamber outlet **36**. Such debris collides with the brush bar **18** and is swept either back through the first debris opening **86** or else is driven upwardly along the front surface of the front wall **78** of the partition **76** towards the second debris opening **92**. The overhanging front edge **90** intercepts the debris and directs the debris rearwardly towards the inclined front surface **94** of the joining portion **88**. The overhanging front edge **90** therefore prevents the debris from being swept along the inner surface of the chamber **24** and out through the front opening by the brush bar **18**.

Debris which collides with the inclined front surface **94** is directed downwardly along the passageway between the front and rear walls **78**, **80** of the partition **76** into the settling region **24***a* of the chamber **24**. Each collision of the debris with the front and rear walls **78**, **80** dissipates some of the kinetic energy of the debris, thereby reducing its inertia. Consequently, debris that falls down along the passageway into the settling region **24***a* is entrained by the air flowing through the chamber **24** and sucked the chamber outlet **36** to the separating system **10**.

The front opening of the housing **22** allows the brush bar **18** to be pushed up against an object on the surface being cleaned or against a wall so the brush bar can pick up debris adjacent the object or wall. This improves overall pick up performance.

The rear roller **20** is arranged to roll of debris on the surface being cleaned. Therefore, debris is not scraped along the surface being cleaned which could otherwise scratch the surface.

The cleaner head **8** is effective at picking up both small and large debris as well as dust that has been compacted. The cleaner head **8** is particularly effective on hard floors in which large debris stands proud of the surface, or on which dust has been compacted.

The invention claimed is:

1. A cleaner head for a vacuum cleaner, comprising:
   an agitator in the form of a brush bar, the brush bar comprising a sealing material extending over the circumferential and axial extent of the brush bar, the sealing material comprising a tufted material;
   a housing defining a chamber which at least partially surrounds the brush bar, a dirty air inlet in a lower part of the chamber and a front opening that exposes the brush bar at the front of the housing, and the brush bar

being supported for rotation with respect to the housing and arranged in the chamber,

wherein the front opening is defined by an upper front edge of the housing, when the brush bar is driven in a forward direction a boundary-layer effect in the vicinity of the sealing material causes rotational flow within the chamber in the direction of rotation of the brush bar, and the rotational flow dynamically seals a gap between the brush bar and the upper front edge, and

wherein the chamber defined by the housing is divided into an agitating region that houses the brush bar and a settling region that is located immediately rearward of the agitating region, a forward region of the dirty air inlet is located beneath a portion of the brush bar, and a rearward region of the dirty air inlet is located beneath the settling region.

**2**. The cleaner head of claim **1**, wherein the upper front edge is above the rotational axis of the brush bar.

**3**. The cleaner head of claim **1**, wherein the upper front edge is below the top of the brush bar.

**4**. The cleaner head of claim **1**, wherein a top portion of the housing extends forwardly over a top of the brush bar to form a guard that prevents debris from being flung upwardly by the brush bar away from the housing.

**5**. The cleaner head of claim **1**, wherein the tufted material is made from nylon filaments.

**6**. The cleaner head of claim **1**, wherein the brush bar is the only agitator of the cleaner head.

**7**. A cleaner head for a vacuum cleaner, comprising:

an agitator in the form of a brush bar, the brush bar comprising a sealing material extending over the circumferential and axial extent of the brush bar, the sealing material comprising a tufted material;

a housing defining a chamber which at least partially surrounds the brush bar, a dirty air inlet in a lower part of the chamber and a front opening that exposes the brush bar at the front of the housing, the brush bar being supported for rotation with respect to the housing,

wherein the housing comprises a sole plate which extends transversely from one side wall to another side wall of the housing, each side wall has a lower edge that defines a side peripheral edge of the dirty air inlet, the sole plate has a leading edge that defines a rear peripheral edge of the dirty air inlet, and the brush bar defines a forward peripheral edge of the dirty air inlet, and

wherein a rear sealing strip is disposed along the underside of the sole plate adjacent the leading edge, side sealing strips are disposed along the lower edges of the side walls, and the sealing strips together with a lower periphery of the sealing material of the brush bar seal against a surface being cleaned.

**8**. The cleaner head of claim **7**, wherein the sealing strips comprise a tufted material.

**9**. The cleaner head of claim **7**, wherein the cleaner head comprises wheels supported by the sole plate, and the wheels are set into the sole plate so that only a lower portion of each wheel protrudes from the sole plate.

**10**. The cleaner head of claim **7**, wherein the front opening is defined by an upper front edge and opposing side edges of the housing.

**11**. The cleaner head of claim **10**, wherein the upper front edge is above the rotational axis of the brush bar.

**12**. The cleaner head of claim **10**, wherein the upper front edge is below the top of the brush bar.

**13**. The cleaner head of claim **7**, wherein a top portion of the housing extends forwardly over a top of the brush bar to form a guard that prevents debris from being flung upwardly by the brush bar away from the housing.

**14**. The cleaner head of claim **7**, wherein the tufted material is made from nylon filaments.

**15**. The cleaner head of claim **7**, wherein the brush bar is the only agitator of the cleaner head, the chamber defined by the housing is divided into an agitating region that houses the brush bar and a settling region that is located immediately rearward of the agitating region, a forward region of the dirty air inlet is located beneath a portion of the brush bar, and a rearward region of the dirty air inlet is located beneath the settling region.

**16**. A cleaner head for a vacuum cleaner, comprising:

a single agitator in the form of a brush bar, the brush bar comprising a sealing material extending over the circumferential and axial extent of the brush bar, the sealing material comprising a tufted material;

a housing defining a chamber which at least partially surrounds the brush bar, the chamber being divided into an agitating region that houses the brush bar and a settling region that is located immediately rearward of the agitating region, a dirty air inlet in a lower part of the chamber, a forward region of the dirty air inlet being located beneath a portion of the brush bar and a rearward region of the dirty air inlet being located beneath the settling region, and a front opening that exposes the brush bar at the front of the housing, the brush bar being supported for rotation with respect to the housing,

wherein the brush bar comprises a core in the form of a rigid tube within which a motor and a transmission are disposed, the motor and the transmission are arranged to drive the brush bar, and the sealing material is secured to an outer surface of the core.

**17**. The cleaner head of claim **16**, wherein the front opening is defined by an upper front edge and opposing side edges of the housing.

**18**. The cleaner head of claim **17**, wherein the upper front edge is above the rotational axis of the brush bar.

**19**. The cleaner head of claim **17**, wherein the upper front edge is below the top of the brush bar.

**20**. The cleaner head of claim **16**, wherein a top portion of the housing extends forwardly over the top of the brush bar to form a guard that prevents debris from being flung upwardly by the brush bar away from the housing.

**21**. The cleaner head of claim **16**, wherein the tufted material is made from nylon filaments.

\* \* \* \* \*