# EXHIBIT 5

**Claim Chart Comparing Shark Stratos to U.S. Patent No. 10,292,556**

| Claim | Stratos |
|---|---|
| 1. [Pre] A cleaner head for a vacuum cleaner, comprising: | To the extent the preamble is limiting, the Stratos DuoClean PowerFins is a cleaner head for a vacuum cleaner.<br><br>For example, the images below show a cleaner head for a vacuum cleaner.<br><br> |

| Claim | Stratos |
|---|---|
| |  |
| [a] an agitator in the form of a brush bar, the brush bar comprising a sealing material extending over the circumferential and axial extent of the brush bar, the sealing material comprising a tufted material; | The Stratos DuoClean PowerFins cleaner head has an agitator in the form of a brush bar, the brush bar comprising a sealing material extending over the circumferential and axial extent of the brush bar, the sealing material comprising a tufted material.<br><br>For example, the images below show an agitator in the form of a brush bar, the brush bar comprising a sealing material extending over the circumferential and axial extent of the brush bar, the sealing material comprising a tufted material. |

| Claim | Stratos |
|---|---|
| |  |
| [b] a housing defining a chamber which at least partially surrounds the brush bar, a dirty air inlet in a lower part of the chamber | The Stratos DuoClean PowerFins cleaner head has a housing defining a chamber which at least partially surrounds the brush bar, a dirty air inlet in a lower part of the chamber and a front opening that exposes the brush bar at the front of the housing, and the brush bar being supported for rotation with respect to the housing and arranged in the chamber. |

| Claim | Stratos |
|---|---|
| and a front opening that exposes the brush bar at the front of the housing, and the brush bar being supported for rotation with respect to the housing and arranged in the chamber, | For example, the images below show a housing defining a chamber which at least partially surrounds the brush bar, a dirty air inlet in a lower part of the chamber and a front opening that exposes the brush bar at the front of the housing, and the brush bar being supported for rotation with respect to the housing and arranged in the chamber.<br><br> |
| [c] wherein the front opening is defined by an upper front edge of the housing, when the brush bar is driven in a forward direction a boundary-layer effect in the vicinity of the sealing | The front opening of the Stratos DuoClean PowerFins cleaner head is defined by an upper front edge of the housing, upon information and belief, when the brush bar is driven in a forward direction a boundary-layer effect in the vicinity of the sealing material causes rotational flow within the chamber in the direction of rotation of the brush bar, and the rotational flow dynamically seals a gap between the brush bar and the upper front edge.<br><br>For example, the images below show the front opening is defined by an upper front edge of the |

| Claim | Stratos |
|---|---|
| material causes rotational flow within the chamber in the direction of rotation of the brush bar, and the rotational flow dynamically seals a gap between the brush bar and the upper front edge, and | housing, upon information and belief, when the brush bar is driven in a forward direction a boundary-layer effect in the vicinity of the sealing material causes rotational flow within the chamber in the direction of rotation of the brush bar, and the rotational flow dynamically seals a gap between the brush bar and the upper front edge.<br><br> |

| Claim | Stratos |
|---|---|
| |  *Shark Stratos™ Cordless Vacuum*, https://www.sharkclean.com/products/shark-stratos-cordlessvacuum-zidIZ862H |
| [d] wherein the chamber defined by the housing is divided into an agitating region that houses the brush bar and a settling region that is located immediately | The chamber defined by the housing of the Stratos DuoClean PowerFins cleaner head is divided into an agitating region that houses the brush bar and a settling region that is located immediately rearward of the agitating region, a forward region of the dirty air inlet is located beneath a portion of the brush bar, and a rearward region of the dirty air inlet is located beneath the settling region. |

| Claim | Stratos |
|---|---|
| rearward of the agitating region, a forward region of the dirty air inlet is located beneath a portion of the brush bar, and a rearward region of the dirty air inlet is located beneath the settling region. | For example, the images below show the chamber defined by the housing is divided into an agitating region that houses the brush bar and a settling region that is located immediately rearward of the agitating region, a forward region of the dirty air inlet is located beneath a portion of the brush bar, and a rearward region of the dirty air inlet is located beneath the settling region.<br><br> |

| Claim | Stratos |
|-------|---------|
|  |  *Shark Stratos™ Cordless Vacuum*, https://www.sharkclean.com/products/shark-stratos-cordless-vacuum-zidIZ862H <br><br> Further, for example, the images below show the chamber defined by the housing is divided into an agitating region that houses the brush bar and a settling region that is located immediately rearward of the agitating region, a forward region of the dirty air inlet is located beneath a portion of the brush bar, and a rearward region of the dirty air inlet is located beneath the settling region. |

| Claim | Stratos | |
|-------|---------|---|
| |  | |

| Claim | Stratos |
|---|---|
|  |  *Shark* Stratos™ *Cordless Vacuum*, https://www.sharkclean.com/products/shark-stratos-cordlessvacuum-zidIZ862H |