# EXHIBIT 8

**Claim Chart Comparing Shark Stratos to U.S. Patent No. 10,786,127**

| Claim | Stratos |
|---|---|
| 1. [Pre] A cleaner head for a vacuum cleaner, comprising: | To the extent the preamble is limiting, the Stratos DuoClean PowerFins is a cleaner head for a vacuum cleaner.<br><br>For example, the images below show a cleaner head for a vacuum cleaner.<br><br>[Image: Cleaner Head of Shark Stratos DuoClean PowerFins with arrow labeled "Cleaner Head"] |

| Claim | Stratos |
|---|---|
|  | ![Stratos vacuum cleaner with Cleaner Head and Vacuum Cleaner labeled] |
| [a] an agitator in the form of a brush bar, the brush bar comprising a sealing material extending over the circumferential and axial extent of the brush bar, the sealing material comprising a tufted material; | The Stratos DuoClean PowerFins cleaner head has an agitator in the form of a brush bar, the brush bar comprising a sealing material extending over the circumferential and axial extent of the brush bar, the sealing material comprising a tufted material. For example, the images below show an agitator in the form of a brush bar, the brush bar comprising a sealing material extending over the circumferential and axial extent of the brush bar, the sealing material comprising a tufted material. |

2

| Claim | Stratos |
|---|---|
|  | |
| [b] a housing defining a chamber which at least partially surrounds the brush bar, a dirty air inlet in a | The Stratos DuoClean PowerFins cleaner head has a housing defining a chamber which at least partially surrounds the brush bar, a dirty air inlet in a lower part of the chamber and a front opening that exposes the brush bar at the front of the housing, the brush bar being supported for rotation with |

3

| Claim | Stratos |
|---|---|
| lower part of the chamber and a front opening that exposes the brush bar at the front of the housing, the brush bar being supported for rotation with respect to the housing and arranged in the chamber, | respect to the housing and arranged in the chamber.<br><br>For example, the images below show a housing defining a chamber which at least partially surrounds the brush bar, a dirty air inlet in a lower part of the chamber and a front opening that exposes the brush bar at the front of the housing, the brush bar being supported for rotation with respect to the housing and arranged in the chamber. |
| [c] wherein a partition is arranged within the chamber between the brush bar and an outlet of the chamber, | The Stratos DuoClean PowerFins cleaner head has a partition arranged within the chamber between the brush bar and an outlet of the chamber.<br><br>For example, the image below shows a partition arranged within the chamber between the brush bar and an outlet of the chamber. |

| Claim | Stratos |
|---|---|
|  | <br><br>Further, for example, the image below shows a partition arranged within the chamber between the brush bar and an outlet of the chamber. |

| Claim | Stratos |
|---|---|
| | *Image of Stratos DuoClean PowerFins cleaner head with labeled arrows pointing to "Outlet" (purple), "Partition" (yellow), and "Brush Bar" (red).* |
| [d] the partition extends transversely and divides the chamber into an agitating region and a settling chamber, and | The Stratos DuoClean PowerFins cleaner head's partition extends transversely and divides the chamber into an agitating region and a settling chamber.<br><br>For example, the images below show the partition extends transversely and divides the chamber into an agitating region and a settling chamber. |

6

| Claim | Stratos |
|---|---|
|  |  Further, for example, the images below show the partition extends transversely and divides the chamber into an agitating region and a settling chamber. |

| Claim | Stratos |
|---|---|
|  | (image of Stratos device with labels: Partition, Settling Chamber, Agitating Region) |

| Claim | Stratos |
|---|---|
|  | *Shark Stratos™ Cordless Vacuum*, https://www.sharkclean.com/products/shark-stratos-cordlessvacuum-zidIZ862H |
| [e] the partition comprises a wall that extends tangentially to the brush bar and is inclined rearwardly. | The Stratos DuoClean PowerFins cleaner head's partition comprises a wall that extends tangentially to the brush bar and is inclined rearwardly.<br><br>For example, the image below shows the partition comprises a wall that extends tangentially to the brush bar and is inclined rearwardly. Although displayed upside down for purposes of displaying features, when in operation and oriented upright, the Stratos DuoClean PowerFins's partition comprises a wall that extends tangentially to the brush bar and is inclined rearwardly. |

| Claim | Stratos |
|---|---|
| |  |

Further, for example, the image below shows the partition comprises a wall that extends tangentially to the brush bar and is inclined rearwardly. Although displayed upside down for purposes of

| Claim | Stratos |
|---|---|
| | displaying features, when in operation and oriented upright, the Stratos DuoClean PowerFins's partition comprises a wall that extends tangentially to the brush bar and is inclined rearwardly.<br><br>*Partition Comprising a Wall Inclined Rearwardly*<br><br>*Brush Bar* |