# EXHIBIT 9

**Claim Chart Comparing Shark Vertex to U.S. Patent No. 10,786,127**

| Claim | Vertex |
|---|---|
| 1. [Pre] A cleaner head for a vacuum cleaner, comprising: | To the extent the preamble is limiting, the Vertex DuoClean PowerFins is a cleaner head for a vacuum cleaner.<br><br>For example, the images below show a cleaner head for a vacuum cleaner.<br><br>[Image: Shark Vertex DuoClean PowerFins cleaner head with purple arrow labeled "Cleaner Head"] |

| Claim | Vertex |
|---|---|
|  | *Image of vacuum cleaner with labels "Cleaner Head" and "Vacuum Cleaner"* |
| [a] an agitator in the form of a brush bar, the brush bar comprising a sealing material extending over the circumferential and axial extent of the brush bar, the sealing material comprising a tufted material; | The Vertex DuoClean PowerFins cleaner head has an agitator in the form of a brush bar, the brush bar comprising a sealing material extending over the circumferential and axial extent of the brush bar, the sealing material comprising a tufted material.<br><br>For example, the images below show an agitator in the form of a brush bar, the brush bar comprising a sealing material extending over the circumferential and axial extent of the brush bar, the sealing material comprising a tufted material. |

2

| Claim | Vertex |
|---|---|
| |  |

| Claim | Vertex |
|---|---|
| | *(image of brush bar with blue tufted material and black fins, labeled "Tufted Material")* |
| [b] a housing defining a chamber which at least partially surrounds the brush bar, a dirty air inlet in a lower part of the chamber and a front opening that exposes the brush bar at the front of the housing, the brush bar being supported for rotation with respect to the housing and arranged in the chamber, | The Vertex DuoClean PowerFins cleaner head has a housing defining a chamber which at least partially surrounds the brush bar, a dirty air inlet in a lower part of the chamber and a front opening that exposes the brush bar at the front of the housing, the brush bar being supported for rotation with respect to the housing and arranged in the chamber.<br><br>For example, the images below show a housing defining a chamber which at least partially surrounds the brush bar, a dirty air inlet in a lower part of the chamber and a front opening that exposes the brush bar at the front of the housing, the brush bar being supported for rotation with respect to the housing and arranged in the chamber. |

| Claim | Vertex |
|---|---|
| |  |
| [c] wherein a partition is arranged within the chamber between the brush bar and an outlet of the chamber, | The Vertex DuoClean PowerFins cleaner head has a partition arranged within the chamber between the brush bar and an outlet of the chamber.<br><br>For example, the image below shows a partition arranged within the chamber between the brush bar and an outlet of the chamber. |

| Claim | Vertex |
|---|---|
| |  Further, for example, the image below shows a partition is arranged within the chamber between the brush bar and an outlet of the chamber. |

| Claim | Vertex |
|---|---|
| |  |
| [d] the partition extends transversely and divides the chamber into an agitating region and a settling chamber, and | The Vertex DuoClean PowerFins cleaner head's partition extends transversely and divides the chamber into an agitating region and a settling chamber.<br><br>For example, the images below show that the partition extends transversely and divides the chamber into an agitating region and a settling chamber. |

| Claim | Vertex |
|---|---|
|  | ![Image showing partition, settling chamber, and agitating region]<br>Further, for example, the image below shows the partition extends transversely and divides the chamber into an agitating region and a settling chamber. |

| Claim | Vertex |
|---|---|
|  |  |

| Claim | Vertex |
|---|---|
| | *Shark® Vertex® Pro Lightweight Cordless Stick Vacuum with DuoClean® PowerFins®*, https://www.sharkclean.com/products/shark-vertex-pro-lightweight-cordless-stick-vacuum-withduoclean-powerfins-zidIZ662 |
| [e] the partition comprises a wall that extends tangentially to the brush bar and is inclined rearwardly. | The Vertex DuoClean PowerFins cleaner head's partition comprises a wall that extends tangentially to the brush bar and is inclined rearwardly.<br><br>For example, the image below shows the partition comprises a wall that extends tangentially to the brush bar and is inclined rearwardly. Although displayed upside down for purposes of displaying features, when in operation and oriented upright, the Vertex DuoClean PowerFins's partition comprises a wall that extends tangentially to the brush bar and is inclined rearwardly. |

10

| Claim | Vertex |
|---|---|
|  | 

Further, for example, the image below shows the partition comprises a wall that extends tangentially to the brush bar and is inclined rearwardly. Although displayed upside down for purposes of displaying features, when in operation and oriented upright, the Vertex DuoClean PowerFins's partition comprises a wall that extends tangentially to the brush bar and is inclined rearwardly. |

| Claim | Vertex |
|---|---|
|  |  |