**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| DYSON, INC. and DYSON TECHNOLOGY LIMITED,<br><br>_Plaintiffs_,<br><br>v.<br><br>SHARKNINJA, INC., SHARKNINJA OPERATING LLC, SHARKNINJA SALES COMPANY, OMACHRON ALPHA INC., and OMACHRON INTELLECTUAL PROPERTY INC.,<br><br>_Defendants_. | Case No.<br><br>**JURY TRIAL DEMANDED** |

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, Plaintiffs Dyson, Inc. & Dyson Technology, by and through their undersigned counsel, hereby certify that:

- Dyson Technology Limited is a limited company which is majority owned by Dyson James Limited, a private limited company.  No publicly held company owns 10% or more the stock of Dyson Technology Limited.

- Dyson, Inc. is majority owned by Dyson Technology, Inc.  No publicly held company owns 10% or more of the stock of Dyson, Inc.

DATED:  September 16, 2024                    Respectfully submitted,

/s/ Kristina R. Cary
Kristina R. Cary (BBO #688759)
**KIRKLAND & ELLIS LLP**
200 Clarendon Street
Boston, MA 02116
Telephone: (617) 385-7500
Facsimile: (617) 385-7501
kristina.cary@kirkland.com

*Attorney for Plaintiff*

- 3 -

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on September 16, 2024, counsel of record who are deemed to have

consented to electronic service are being served with a copy of this document via the Court's

CM/ECF system.

*/s/ Kristina Cary*
Kristina Cary
